IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| LOUIS W. FENNELL, | ) |  |
|---|---|---|
|  | ) |  |
| Petitioner, | ) |  |
|  | ) |  |
| vs. | ) | Case No. CIV-09-0449-F |
|  | ) |  |
| JUSTIN JONES, et al., | ) |  |
|  | ) |  |
| Respondents. | ) |  |

## ORDER

On June 8, 2009, Magistrate Judge Gary M. Purcell issued a Report and Recommendation, recommending that the Petition for Writ of Habeas Corpus be transferred to the United States District Court for the Eastern District of Oklahoma. The Report advised petitioner of his right to object to the Report by June 29, 2009, and further advised that failure to timely object would waive appellate review of the recommended ruling. No objection has been filed and no request for an extension of time has been filed. Having reviewed the Report and concluded that no further analysis need be stated here, the court hereby **ADOPTS**, **ACCEPTS** and **AFFIRMS** the Report and Recommendation of the Magistrate Judge. This action is hereby **TRANSFERRED** to the United States District Court for the Eastern District of Oklahoma. The clerk is directed to effect the transfer.

Dated this 14th day of July, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0449p002.wpd